United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

In the Matter of Bruce Hall Atwater III - #199011

No. C 14-80143 WHA

**ORDER OF SUSPENSION**

Because Bruce Hall Atwater III has failed to respond to the order to show cause, Mr. Atwater's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: July 22, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE